UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| DAVID K. HICKS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM and JOHN DOES 1-10,<br><br>    Defendant. | Case No. 1:22-cv-00426-DRC-SKB |

**CORRECTION TO PLAINTIFF'S COUNTY OF RESIDENCE AND NOTICE REGARDING INTRADISTRICT TRANSFER**

Plaintiff's county of residence, per the Complaint, is Montgomery County. (Doc. 1, PAGEID#: 2, at ¶ 6) (Plaintiff resides in Morraine, Ohio). The correct designation should be "Western Division: Dayton" rather than "Western Division: Cincinnati." *See* Loc. R. 82.1(b). Pursuant to Loc. R. 82.1(e), Plaintiff's counsel should have filed the case at the Dayton location. Plaintiff's counsel apologizes for this mistake and requests an intra-District transfer to Dayton.

                                                      By: */s/ Jonathan Hilton*

                                                      Jonathan Hilton (0095742)
                                                      HILTON PARKER LLC
                                                      7544 Slate Ridge Blvd.
                                                      Reynoldsburg, OH 43068
                                                      Tel: (614) 992-2277
                                                      Fax: (614) 927-5980
                                                      jhilton@hiltonparker.com
                                                      *Attorney for Plaintiff*