## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

DAVID K. HICKS,

      Plaintiff,

                                    **Case No. 1:22-cv-426**

  v.                             **JUDGE DOUGLAS R. COLE**

CHARTER COMMUNICATIONS, INC.,

      Defendant.

## ORDER

The Court, upon review of the record, notes that the above-styled case was erroneously filed in the Western Division of the Southern District of Ohio at Cincinnati.

The case is hereby **TRANSFERRED** from the docket of the Honorable Douglas R. Cole to the Office of the Clerk for reassignment to the Western Division of the Southern District of Ohio at Dayton.

      **SO ORDERED.**

July 25, 2022
**DATE**                                **DOUGLAS R. COLE**
                                       **UNITED STATES DISTRICT JUDGE**